LAMBERTO LUCARELLI *v.* FREEDOM OF INFORMATION
COMMISSION ET AL.
(11788)

O'CONNELL, LANDAU and SCHALLER, Js.

Argued September 28—decision released October 19, 1993

*Lamberto Lucarelli,* pro se, the appellant (plaintiff).

*Colleen M. Murphy,* commission counsel, with whom
were *Ralph E. Urban,* assistant attorney general, and,
on the brief, *Mitchell W. Pearlman,* general counsel,
for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.